## CERTIFICATE OF SERVICE

I, Mary E. Augustine, hereby certify that on the 9th day of March, 2006, I caused a true and correct copy of the **Notice of Dismissal**, to be served upon the party listed below in the manner indicated.

## VIA FIRST CLASS U.S. MAIL

*Vickers & Associates, Inc.*
Attn:   President/CEO
104 Greystone Drive
Carrollton, GA 30116-5104

*Vickers & Associates, Inc.*
Attn:   President/CEO
438 Madison Road
Monticello, GA 31064-1150

_____
Mary E. Augustine (No. 4477)

619745v1